CONNECTICUT NATIONAL BANK *v.* PAUL COPP ET AL.

The named defendant's petition for certification for appeal from the Appellate Court, 30 Conn. App. 910 (AC 11450), is denied.

*Paul Copp,* pro se, in support of the petition.

*Jonathan A. Flatow,* in opposition.

Decided May 4, 1993